# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147072-3

DEPUTY SHERIFFS ASSOCIATION OF
MICHIGAN,
          Plaintiff-Appellant,

v

STATE OF MICHIGAN, SHERIFF'S
COORDINATING AND TRAINING COUNCIL,
MICHIGAN SHERIFF'S ASSOCIATION
EDUCATIONAL SERVICE, d/b/a MICHIGAN
SHERIFF'S ASSOCIATION, TERRENCE
JUNGEL, SHERIFF'S COORDINATING AND
TRAINING COUNCIL EXECUTIVE
SECRETARY, MISSAUKEE COUNTY
SHERIFF, GENESEE COUNTY SHERIFF,
JACKSON COUNTY SHERIFF, CLINTON
COUNTY SHERIFF, ALLEGAN COUNTY
SHERIFF, MACOMB COUNTY SHERIFF, ST.
JOSEPH COUNTY SHERIFF and HOUGHTON
COUNTY SHERIFF,
          Defendants-Appellees.

SC: 147072-3
COA: 300936, 304547
Ingham CC: 10-000588-CZ

_____/

      On order of the Court, the application for leave to appeal the March 26, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



t0826

                           Clerk